# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KEVIN B. CARTER, 303424** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 09-2551** |
| **BURL CAIN, WARDEN** | * | **SECTION: "A"(6)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation *as amended by* the Errata/Supplemental Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation *as amended by* the Errata/Supplemental Report and Recommendation, hereby approves the Report and Recommendation *as amended by* the Errata/Supplemental Report and Recommendation and adopts it as its own opinion. Accordingly,

**IT IS HEREBY ORDERED** that Kevin B. Carter's federal habeas petition is deemed to be timely filed;

**IT IS FURTHER ORDERED** that this matter is **HEREBY RECOMMITTED** to the undersigned Magistrate Judge for disposition; and,

**IT IS FURTHER ORDERED** that the Respondent file a supplemental response addressing the merits of Kevin B. Carter's claims within forty-five (45) days of this Order.

New Orleans, Louisiana, this 28th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE