UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KEVIN B. CARTER** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 09-2551** |
| **BURL CAIN, WARDEN** | * | **SECTION: "A"(6)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Second Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objection to the Magistrate Judge's Second Report and Recommendation, hereby approves the Second Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that petitioner's application for habeas corpus relief pursuant to Title 28, United States Code, Section 2254, is hereby **DENIED WITH PREJUDICE**.

New Orleans, Louisiana, this 31st day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE